%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
CLERKS OFFICE
2003 DEC 23 A 11: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

United Food and Commercial Workers Union,
Local 791, AFL-CIO
V.
Shaw's Supermarkets, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-12472 RCL

# 03 12472 RCL

TO: (Name and address of Defendant)

Shaw's Supermarkets, Inc.
140 Laurel Street
East Bridgewater, MA 02333

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terence E. Coles
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



12-9-03

CLERK

(By) DEPUTY CLERK



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

December 17, 2003

I hereby certify and return that on 12/16/03 at 10:20 am I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by delivering in hand to Cheryl Marsh, agent, person in charge at the time of service for Shaw's Supermarkets, Inc., at, 750 W. Center Street, West Bridgewater, MA 02379 P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40) Total Charges $51.90

DEC 18 2003

*E. Wiede*
_____
Deputy Sheriff

Deputy Sheriff Edward J. Wiedemann

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                      Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.