UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 791, AFL-CIO, | ) ) C.A. No. 03-12472-RCL |
| Plaintiff, | ) ) |
| v. | ) ) |
| SHAW'S SUPERMARKETS, INC., | ) ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Shaw's Supermarkets, Inc. is a wholly owned subsidiary of J Sainsbury plc.

SHAW'S SUPERMARKETS, INC.,

By its attorneys,

/s/Christa von der Luft
David E. Watson (BBO# 517620)
Christa von der Luft (BBO# 600362)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: January 5, 2004

1287527.1