UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 791, AFL-CIO, | ) )  C.A. No. 03-12472-RCL |
| Plaintiff, | ) ) ) |
| v. | ) ASSENTED TO MOTION TO ) EXTEND TIME TO ANSWER OR ) OTHERWISE RESPOND TO |
| SHAW'S SUPERMARKETS, INC., | ) PLAINTIFF'S COMPLAINT ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 6(b), defendant Shaw's Supermarkets, Inc. requests an additional two weeks, from January 5, 2004, up to and including January 19, 2004, to answer or otherwise respond to plaintiff's complaint. In support of this motion, Shaw's states that additional time is needed because of counsel's holiday vacation schedules. Furthermore, plaintiff assents to this motion.

WHEREFORE, Shaw's requests an additional two weeks, up to and including January 19, 2004, to answer or otherwise respond to plaintiff's complaint.

SHAW'S SUPERMARKETS, INC.,

By its attorneys,

/s/Christa von der Luft
David E. Watson (BBO# 517620)
Christa von der Luft (BBO# 600362)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: January 5, 2004
1287491.1