UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12472-RCL

|  |  |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 791, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> SHAW'S SUPERMARKETS, INC., <br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JOINT MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

Plaintiff United Food and Commercial Workers Union, Local 791, AFL-CIO and Defendant Shaw's Supermarkets, Inc., request that this Court continue the Scheduling Conference set for Thursday, April 29, 2004, at 2.30 p.m. As grounds for this request, parties state that they are close to settling the above referenced matter.

Respectfully submitted,

| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 791, | SHAW'S SUPERMARKETS, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| Terence E. Coles, BBO # 600084 <br> PYLE, ROME, LICHTEN <br> & EHRENBERG, P.C. <br> 18 Tremont Street, Boston MA <br> (617) 367-7200 | David E. Watson, BBO #517620 <br> Christa von der Luft, BBO #600362 <br> Nutter, McClellen & Fish, LLP <br> 155 Seaport Blvd., Boston MA <br> (617) 439-2000 |
| Dated: 4/27/04 | Dated: 4/27/04 |

## PYLE, ROME, LICHTEN & EHRENBERG, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

M. Amy Carlin
Catherine Highet
Nicole Horberg Decter

*Also admitted in Maine
**Also admitted in New York

***Tod A. Cochran
OF COUNSEL

***Also admitted in California

FILED
IN CLERKS OFFICE
2004 APR 27 P 3: 30
U.S. DISTRICT COURT
DISTRICT OF MASS

April 27, 2004

**BY HAND DELIVERY**
Civil Clerk's Office
U. S. District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:   United Food & Commercial Workers Union, Local 791, AFL-CIO
      v.
      Shaw's Supermarkets, Inc.
      USDC Case No. 03-12472 RCL

Dear Sir or Madam:

Enclosed in connection with the above referenced matter, please find Joint Motion for Continuance of Scheduling Conference.

Thank you for your assistance in this matter. Please call if you have any questions.

Sincerely yours,

Jo Fletcher
Assistant to Terence E. Coles

Enclosure
cc:   Lisa Hourihan, Court Clerk (courtesy copy)
      David E. Watson, Esq.
      Mary McClay

74