UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12472-RCL

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 791, AFL-CIO, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SHAW'S SUPERMARKETS, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff United Food and Commercial Workers Union, Local 791, AFL-CIO and defendant Shaw's Supermarkets, Inc. request that this Court dismiss plaintiff's complaint and defendant's counterclaim with prejudice, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 791, AFL-CIO, | SHAW'S SUPERMARKETS, INC., |
| By its attorneys, | By its attorneys, |
| /s/ Terence E. Coles | /s/ Christa von der Luft |
| Terence E. Coles (BBO #6000084) | David E. Watson (BBO #517620) |
| Pyle, Rome, Lichten & Ehrenberg, P.C. | Christa von der Luft (BBO #600362) |
| 18 Tremont Street | Nutter, McClennen & Fish, LLP |
| Boston, MA 02108 | World Trade Center West |
| (617) 367-7200 | 155 Seaport Boulevard |
| | Boston, MA 02210-2604 |
| | (617) 439-2000 |
| Dated: May 6, 2004 | Dated: May 6, 2004 |

1324832.1